UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE JONES, III,<br><br>   Plaintiff,<br><br>   v.<br><br>J. WALKER; (WARDEN), et al., J. LEBECK, CORRECTIONAL OFFICER, K. SPITZER; CORRECTIONAL OFFICER KL.WOOTEN; CORRECTIONAL OFFICER; CADET RAMOS,<br><br>   Defendants. | NO. CV-08-2534-RHW<br><br>**ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING INSTITUTION TO CALCULATE, COLLECT, AND FORWARD PAYMENT** |

After review of Plaintiff's application to proceed *in forma pauperis*, **IT IS ORDERED**:

(1)   Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, Plaintiff's application to proceed in forma pauperis is **GRANTED**.

(2)   Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1914(a), 1915(b)(1). An initial partial filing fee of 20 percent of the greater of (A) the average monthly deposits to the inmate's account; or (B) the average monthly balance in the inmate's account for the six-month period immediately preceding the filing of his complaint. 28 U.S.C. § 1915(b)(1). By separate order, the court will direct the appropriate agency to collect the initial

**ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING INSTITUTION TO CALCULATE, COLLECT, AND FORWARD PAYMENT ~ 1**

1  partial filing fee from Plaintiff's trust account and forward it to the Clerk of the
2  Court.  Thereafter, Plaintiff will be obligated for monthly payments of twenty
3  percent of the preceding month's income credited to Plaintiff's prison trust account.
4  These payments will be forwarded by the appropriate agency to the Clerk of the
5  Court each time the amount in Plaintiff's account exceeds $10.00, until the filing
6  fee is paid in full.  28 U.S.C. § 1915(b)(2).  Each payment should be accompanied
7  by Plaintiff's name and the cause number for this action.

**IT IS SO ORDERED.**   The District Court Executive is directed to enter this Order and forward a copy to Plaintiff.

**DATED** this 28th  day of April, 2010.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

C:\WINDOWS\Temp\notes101AA1\IFP.WPD

**ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING INSTITUTION TO CALCULATE, COLLECT, AND FORWARD PAYMENT ~ 2**