UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE JONES, III,<br><br>    Plaintiff,<br><br>    v.<br><br>CORRECTIONAL OFFICER J. LEBECK,<br><br>    Defendant. | NO. CV-08-2534-RHW<br><br>**ORDER TO SHOW CAUSE** |

On December 2, 2010, the Court entered an Order Directing Service (ECF No. 9). The Court directed that the Clerk of Court send Plaintiff certain documents, including the Notice of Submission of Documents, a USM-285 Form, a summons, and instruction sheet and a copy of the complaint. On December 9, 2010, Plaintiff filed a notice in which he stated that he did not receive the summons or the USM-285 Form. According to the Court Record, Plaintiff was sent the USM-285 form and a summons on December 16, 2010. On December 20, 2010, Plaintiff filed his First Amended Complaint; however, Plaintiff has not filed a Notice of Submission of Documents as directed by the Court's Order.

///
///
///
///
///

**ORDER TO SHOW CAUSE**~ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Within 45 days from the date of this Order, Plaintiff is directed to **show cause** why the above-captioned case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward a copy to Plaintiff.

**DATED** this 19th day of April, 2012.

> *s/Robert H. Whaley*
> ROBERT H. WHALEY
> United States District Judge

C:\WINDOWS\Temp\notes101AA1\review.wpd

**ORDER TO SHOW CAUSE~ 2**