UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

EUGENE JONES, III,

   Plaintiff,

v.

CORRECTIONAL OFFICER J. LEBECK,

   Defendant.

NO. CV-08-2534-RHW

**ORDER DIRECTING CLERK OF COURT TO SEND USM-285 FORM SUMMONS, INSTRUCTION SHEET, AND COPY OF COMPLAINT**

On December 2, 2010, the Court directed the Clerk of Court to send Plaintiff one (1) USM-285 form, one summons, an instruction sheet and a copy of the complaint, and directed Plaintiff to file a completed Notice of Submission of Documents. Plaintiff reports that he has never received these documents, except for the Notice of Submission of Documents.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Clerk of Court is directed to send Plaintiff one USM-285 form, one summons, an instruction sheet, a copy of the Amended Complaint, and a blank Notice of Submission of Documents.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward a copy to Plaintiff.

**DATED** this 1st day of April, 2013.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

C:\WINDOWS\Temp\notes87944B\order2.wpd

**ORDER TO SHOW CAUSE**~ 1